1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHATHA ODISH, | Case No.:  20-CV-0016 W (RBB) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 10]** |
| v. | |
| SHOPCORE PROPERTIES TRS MANAGEMENT LLC, et al., | |
| Defendants. | |

Pending before the Court is a joint motion to dismiss this case with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 10] and **ORDERS** the case **DISMISSED WITH PREJUDICE**.  The parties shall each bear their own fees and costs.

**IT IS SO ORDERED**.

Dated:  April 30, 2020

Hon. Thomas J. Whelan
United States District Judge

1